UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                               CASE NO.: 09-03033-8-RDD

Liggett, Emory William                       SSN: XXX-XX-1198
Liggett, Margot Hearn
DEBTOR(S)                                        CHAPTER 7

REPORT OF SMALL DIVIDENDS UNDER
BANKRUPTCY RULE 3010

Under Bankruptcy Rule 3010, Small Dividends and Payments in Chapter 7 Liquidation, no dividend in an amount less than $5.00 shall be distributed to any creditor unless authorized by local rule or order of the court. A list of all known names and addresses of the entities and the amounts which they entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim No. | Name and Address | Amount |
|---|---|---|
| 4 | BB&T Bankruptcy<br>P. O. Box 1847<br>Wilson, NC  27894-1847 | $.86 |

Dated: June 8, 2010

/s/ Joseph N. Callaway
Joseph N. Callaway
Chapter 7 Trustee
P. O. Box 7100
Rocky Mount, NC  27804-0100
(252)937-2200

Attachment:  1 Check(s)

cc: Bankruptcy Administrator (w/copy of check)